# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
### 2:14cv6

| | | |
|---|---|---|
| JAMES D. DAVIS, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WESTERN CAROLINA UNIVERSTY | ) | |
| and THE UNIVERISTY OF NORTH | ) | |
| CAROLINA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court is the Motion for Extension of Time to Answer

[# 13].  For good cause shown, the Court **GRANTS** the motion [# 13].  Defendants

shall have until June 23, 2014, to answer or otherwise respond to the Amended

Complaint.   The Court **DENIES as moot** the Motion to Dismiss [# 6].


Signed: May 14, 2014


_____

Dennis L. Howell
United States Magistrate Judge

-1-