# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL CASE NO. 2:14-cv-0006-MR-DLH

| | |
|---|---|
| JAMES D. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WESTERN CAROLINA UNIVERSITY, ) | |
| THE UNIVERSITY OF NORTH ) | |
| CAROLINA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On April 1, 2015, the Plaintiff filed a brief in support of his Motion for Summary Judgment [Doc. 36]. The Plaintiff's brief, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14-point type. [Doc. 18 at 5]. Accordingly, the Plaintiff's supporting brief will be stricken.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment [Doc. 36] is **STRICKEN**. The Plaintiff may file a brief which complies with the requirements of this Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge