# United States District Court
## Western District of North Carolina
## Bryson City Division

| | | |
|---|---|---|
| James D. Davis, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:14-cv-00006-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| The University of North Carolina | ) | |
| Western Carolina University, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 19, 2016 Order.

February 19, 2016

Frank G. Johns, Clerk
United States District Court